IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES MICHAEL JONES | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv333 |
| DIRECTOR, TDCJ-CID | § | |

MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner James Michael Jones, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a conviction in Franklin County, Texas.

Discussion

Petitioner filed this petition for writ of habeas corpus in the federal judicial district where he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the federal judicial district in which he was convicted or the district in which he is incarcerated. As petitioner was convicted in this district, this court has jurisdiction over the petition.

However, while Franklin County is located within the Eastern District of Texas, it is in the Texarkana Division, rather than the Beaumont Division. As a result, this case should be transferred to the Texarkana Division of this court.

**ORDER**

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Texarkana Division of this court.

SIGNED this 26th day of August, 2024.

_____
Zack Hawthorn
United States Magistrate Judge